# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:    15 cv 3154
ORANGELO PAYNE,                      Plaintiff

v.

COUNTY OF COOKK, ILLINOIS, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, LAVONE HAYWOOD, Acting Chief Probation Officer for The ADULT COOK COUNTY PROBATION DEPARTMENT, et al,                   Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**SERGEANT CHRIS PAPAIOANNOU, OFFICER MARVIN A. COLEMAN, OFFICER JOHN P. KENNEDY, OFFICER BENNY B. WILLIAMS, OFFICER B J DOHERTY, OFFICER STEVAN VIDLJINOVIC, OFFICER TAYLOR and OFFICER ANGELO PANAGIOTOPOULOS**

| | |
|---|---|
| NAME (Type or print) | |
| Brian P. Gainer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/Brian P. Gainer | |
| FIRM | Johnson & Bell, Ltd. |
| STREET ADDRESS | 33 West Monroe Street, Suite 2700 |
| CITY/STATE/ZIP | Chicago, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6286200 | TELEPHONE NUMBER (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. RETAINED COUNSEL ☐ | APPOINTED COUNSEL ☐ |

3191646