## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 15 cv 3154 |
|---|---|---|
| ORANGELO PAYNE, | Plaintiff | |
| v. | | |
| COUNTY OF COOK, et al. | Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**SERGEANT CHRIS PAPAIOANNOU, OFFICER MARVIN A. COLEMAN, OFFICER JOHN P. KENNEDY, OFFICER BENNY B. WILLIAMS, OFFICER B J DOHERTY, OFFICER STEVAN VIDLJINOVIC, OFFICER TAYLOR and OFFICER ANGELO PANAGIOTOPOULOS**

| | |
|---|---|
| NAME (Type or print)<br>Monica Gutowski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>*s/ Monica Gutowski* | |
| FIRM | Johnson & Bell, Ltd. |
| STREET ADDRESS | 33 West Monroe Street, Suite 2700 |
| CITY/STATE/ZIP | Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6309158 | TELEPHONE NUMBER<br>(312) 372-0770 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　　NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　　NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　　NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　　NO ☒ |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL　　☐　　　　APPOINTED COUNSEL　　☐