## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ORANGELO PAYNE,                                    )
                                                   )     No: 15 cv 3154
          Plaintiff,                               )
                                                   )     Judge Joan B. Gottschall
     v.                                            )
                                                   )
JESUS REYES, Prior Chief Probation Officer for     )
the ADULT COOK COUNTY PROBATION                    )
DEPARTMENT, THE CITY OF CHICAGO, a                 )
Municipal Corporation; SERGEANT CHRIS              )
PAPAIOANNOU, OFFICER MARVIN A.                     )
COLEMAN, OFFICER ANGELO                            )
PANAGIOTOPOULOS, OFFICER TAYLOR,                   )
OFFICER JOHN P. KENNEDY, OFFICER                   )
BENNY B. WILLIAMS, OFFICER B J                     )
DOHERTY, OFFICER STEVAN VIDLJINOVIC,               )
and OFFICER DORIN, Individually and in their       )
official capacity as agents/employees of the CITY  )
OF CHICAGO, and FBI SPECIAL AGENT                  )
CHRISTOPHER G. WEISMANTEL, Individually            )
and in his official capacity as agent/employee of the )
FEDERAL BUREAU OF INVESTIGATIONS,                  )
                                                   )
          Defendants.                              )

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their

respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement

Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with

each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and

Settlement Agreement and the Agreed Order of Dismissal.

_____

Eileen M. O'Connor
Attorney for Plaintiff, Orangelo Payne
O'Connor Law Group LLC
140 South Dearborn, Suite 320
Chicago, Illinois 60603
(312) 236-1814
Attorney No. 6290372
DATE: 8/24/17

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

EDWARD N. SISKEL
Corporation Counsel
Attorney for City of Chicago
BY: _____
Liza M. Franklin
Deputy Corporation Counsel
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 742-0170, Attorney No. 6216088
DATE: 9/5/17

_____

Brian P. Gainer
Special Assistant Corporation Counsel
Attorney for Defendants Chris Papaioannou, Marvin
A. Coleman, Angelo Panagiotopoulos, Officer
Taylor, John P. Kennedy, Benny B. Williams,
B.J. Doherty, Stevan Vidljinovic, and Officer Dorin
Johnson & Bell, Ltd.
33 West Monroe, Suite 2700
Chicago, Illinois 60603
Attorney No. 6286200
DATE: 8/28/17

2